ON REMAND FROM THE SUPREME COURT

HARRIS, J.
Pursuant to the mandate in Brooks v. State, 787 So.2d 831 (Fla.2001), we reconsider our previous opinion, Brooks v. State, 753 So.2d 776 (Fla. 5th DCA 2000), in light of Grant v. State, 770 So.2d 655 (Fla.2000); State v. Cotton, 769 So.2d 345 (Fla.2000); McKnight v. State, 769 So.2d 1039 (Fla. 2000); and Ellis v. State, 762 So.2d 912 (Fla.2000), and reinstate Brooks’ habitual offender enhancement sentence.
COBB and ORFINGER, R.B., JJ., concur.